UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE REEVES, *also known as* CHRISTINE NEWMAN<br><br>and<br><br>VCARE USA LLC,<br><br>Defendants. | No. 2:19-cv-325<br><br>**COMPLAINT** |

Plaintiff, the United States of America, by and through its undersigned attorneys, brings this complaint against Defendants CHRISTINE REEVES, also known as CHRISTINE NEWMAN, and VCARE USA LLC, and alleges the following:

**I. NATURE OF THIS ACTION**

1. Starting as early as 2016 and continuing to the present, Defendants have and continue to conduct United States operations of a large-scale technical-support fraud scheme based in India that targets consumers throughout the United States. Defendants have furthered the scheme by collecting money from victims and then transmitting money to accomplices in

COMPLAINT - 1
CASE NO. 2:19-cv-325

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 616-0295

India and the United States, knowing that their transactions involve the proceeds of a scheme to defraud and that they promote and further that scheme, as well as conceal the ownership and control of those proceeds.

2. The scheme operates by fraudulently inducing consumers to purchase phony or otherwise misrepresented technical-support services related to computers or other electronic devices, often by falsely representing to consumers that their devices are infected by software viruses or other malicious intrusions.

3. The United States seeks to prevent continuing and substantial injury to the United States and victims by bringing this action for a permanent injunction and other equitable relief under 18 U.S.C. § 1345. The United States seeks to enjoin the ongoing commission of wire fraud in violation of 18 U.S.C. § 1343 and the ongoing commission of banking law violations as defined in 18 U.S.C. § 3322(d), including money laundering in violation of 18 U.S.C. § 1956(a)(1) and international money laundering in violation of 18 U.S.C. § 1956(a)(2).

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction over this action under 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345.

5. The United States District Court for the Western District of Washington is a proper venue for this action under 28 U.S.C. § 1391(b)(1) & (b)(2) because Defendants are residents of this district and because a substantial part of the events or omissions giving rise to this Complaint occurred in this district.

## III. PARTIES

6. Plaintiff is the United States.

COMPLAINT - 2
CASE NO.  2:19-cv-325

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
(202) 616-0295

7. Defendant Christine Reeves ("Reeves"), also known as Christine Newman, is a resident of this district, residing in Gold Bar, Snohomish County, Washington. In connection with the matters alleged herein, Defendant Reeves transacts and has transacted business in this district.

8. Defendant Reeves formed VCare USA LLC ("VCare"), a Washington State limited liability company, on or about August 9, 2016, with Defendant Reeves as the sole member of the LLC. Its principal place of business is in Gold Bar, Snohomish County, Washington. In connection with the matters alleged herein, Defendant VCare transacts and has transacted business in this district.

## IV. FACTS

### A. Defendants' Ongoing Fraudulent Scheme

9. Since at least 2016, Defendants have conducted U.S. operations of a large-scale technical-support fraud scheme that targets consumers throughout the United States. Defendants further the scheme by processing fraudulently induced consumer payments for the scheme, transmitting proceeds to accomplices in India and the United States, and generally providing a veneer of domestic legitimacy.

10. As part of the scheme, telemarketers in India use telephone numbers, email addresses, and the infrastructure maintained by Defendants to contact consumers and induce them to pay money for phony technical-support services and other false purposes. Telemarketers working for the scheme fraudulently pose as technicians to induce consumers, including principally elderly consumers, to purchase phony or otherwise misrepresented technical-support services, and to make further payments based on additional fraudulent misrepresentations. Telemarketers contact consumers by means such as placing cold calls; and

COMPLAINT - 3
CASE NO.  2:19-cv-325

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
(202) 616-0295

by using pop-up advertisements disguised as security alerts on computers or other electronic devices that direct consumers to immediately call a telephone number to protect their computer or other electronic device. The telemarketers often falsely claim to work for or be affiliated with large, well-known technology companies.

11. Once a telemarketer has a consumer on the phone, the telemarketer emphasizes the need for immediate action, and claims that the consumer's computer is at risk and that the telemarketer can assist but first needs remote access to the computer or device. Once remotely connected, the telemarketer purports to confirm the existence of a serious computer virus or other threat to the consumer's computer or device, sometimes claiming that hackers have already taken over the consumer's computer or email accounts. Imparting a sense of urgency, the telemarketer then claims that he will install expensive and high-quality network security software to resolve the threat in exchange for a substantial sum of money.

12. After purportedly installing high-quality network security software, the telemarketer instructs the consumer to pay, generally by personal check or bank transmission to Defendant Reeves or Defendant VCare USA LLC. Each consumer is charged between several hundred and several thousand dollars.

13. At times during the scheme, consumers who have already paid Defendants once for technical-support receive subsequent calls, during which telemarketers working for the scheme give consumers phony new reasons they must purchase additional security software to avoid serious new computer viruses or other threats to their devices.

14. Defendants facilitate the wire fraud scheme by (a) maintaining the schemes' infrastructure, including (b) receiving victim payments and (c) generally providing a veneer of domestic legitimacy.

COMPLAINT - 4
CASE NO.  2:19-cv-325

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
(202) 616-0295

### B. Defendants' Ongoing Banking Law Violations

15. Defendants conduct financial transactions to benefit one or more international fraud schemes, knowing that the money they receive and transmit are obtained fraudulently, and knowing that their transactions are designed to conceal the schemes.

16. Beginning at least as early as 2016, Defendants have knowingly and willingly accepted over $100,000 from multiple sources and then transmitted most of that money to accomplices.

17. During 2018 alone, Defendants transmitted tens of thousands of dollars to accomplices in India.

### C. Defendant's Knowledge of Fraud and Intent to Conceal the Nature, Source, Location, Ownership, or Control of Proceeds

18. On information and belief, Defendants have engaged in the financial transactions alleged in Paragraphs 7 through 17 with the knowledge that the moneys they receive from and transmit to accomplices are obtained by fraud schemes or other specified unlawful activity.

19. On information and belief, Defendants have engaged in the financial transactions alleged in Paragraphs 7 through 17 with the intent to conceal the nature, source, location, ownership, or control of proceeds.

### D. Harm to Consumers

20. Consumers suffer financial losses from the wire fraud scheme and money laundering facilitated by Defendants. Those victimized by the scheme reside across the United States. Defendants are continuing to facilitate the technical-support fraud scheme. Absent

COMPLAINT - 5
CASE NO.  2:19-cv-325

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
(202) 616-0295

injunctive relief by this Court, Defendants' conduct will continue to cause injury to consumers across the United States.

### E. Harm to the United States

21. The United States is suffering continuing and substantial injury from Defendants' wire fraud and banking law violations.

22. Defendants are continuing to facilitate wire fraud and banking law violations. Absent injunctive relief by this Court, Defendants will continue to cause continuing and substantial injury to the United States and victims.

### COUNT I

### (18 U.S.C. § 1345 – Injunctive Relief)

23. The United States re-alleges and incorporates by reference Paragraphs 1 through 22 of this Complaint as though fully set forth herein.

24. By reason of the conduct described herein, Defendants have violated, are violating, and are about to violate 18 U.S.C. § 1343 by executing a scheme and artifice to defraud for obtaining money or property by means of false or fraudulent representations with the intent to defraud, and, in so doing, use interstate and foreign wire communications.

25. By reason of the conduct described herein, Defendants have committed, are committing, and are about to commit banking law violations as defined in 18 U.S.C. § 3322(d), including money laundering with intent to promote the carrying on of a specified unlawful activity and to conceal in violation of 18 U.S.C. § 1956(a)(1)(A) & (B)(i), and international money laundering with intent promote the carrying on of a specified unlawful activity and to conceal in violation of 18 U.S.C. § 1956(a)(2)(A) & (B)(i).

COMPLAINT - 6
CASE NO.  2:19-cv-325

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
(202) 616-0295

26. Because Defendants are committing or about to commit wire fraud contrary to 18 U.S.C. § 1343 and banking law violations as defined in 18 U.S.C. § 3322(d), the United States is entitled, under 18 U.S.C. § 1345, to seek a preliminary and permanent injunction restraining all future fraudulent conduct and all future banking law violations and any other action that this Court deems just to prevent a continuing and substantial injury to the United States and consumers.

27. As a result of the foregoing, Defendants' conduct should be enjoined pursuant to 18 U.S.C. § 1345.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, United States of America, requests of the Court the following relief:

A. That the Court issue a preliminary and permanent injunction, pursuant to 18 U.S.C. § 1345, ordering that Defendants, their agents, officers, and employees, and all other persons or entities in active concert or participation with them are restrained from:

(1) using wire communications in interstate or foreign commerce for the purpose of executing any scheme and artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises;

(2) conducting or purporting to conduct any consumer technical-support services; and

COMPLAINT - 7
CASE NO. 2:19-cv-325

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 616-0295

(3) engaging, participating, or assisting in money laundering, international money laundering, structuring transactions to evade transaction reporting requirements, and any money transmitting business; and

B. That the Court order such other and further relief as the Court shall deem just and proper.

Respectfully submitted this 5th day of March, 2019.

GUSTAV W. EYLER
Acting Director
Consumer Protection Branch

By: */s/ Daniel K. Crane-Hirsch*
Daniel K. Crane-Hirsch
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, DC  20044
Tel.: 202-616-8242
Fax: 202-514-8742
Email: daniel.crane-hirsch@usdoj.gov

BRIAN T. MORAN
United States Attorney

*/s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4067
Email:  kayla.stahman@usdoj.gov

Counsel for United States of America

COMPLAINT - 8
CASE NO.  2:19-cv-325

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
(202) 616-0295

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Western District of Washington and is the person of such age and discretion as to be competent to serve papers;

It is further certified that on this day, I mailed by United States Postal Service said pleading to Defendants, addressed as follows:

>   Christine Reeves
>   VCare USA LLC
>   15606 Goldbar Dr.
>   Gold Bar, WA 98251-9572

Dated this 5th day of March, 2019.

>   */s/ Thomas Everett*
>   THOMAS EVERETT
>   Paralegal
>   United States Attorney's Office
>   700 Stewart Street, Suite 5220
>   Seattle, Washington 98101-1271
>   Phone: (206) 553-7970
>   Fax: (206) 553-0882
>   E-mail: thomas.everett@usdoj.gov

COMPLAINT - 9
CASE NO.  2:19-cv-325

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
(202) 616-0295

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

### DEFENDANTS
CHRISTINE REEVES, also known as CHRISTINE NEWMAN, and VCARE USA LLC

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Snohomish
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Daniel K. Crane-Hirsch
Department of Justice, Consumer Protection Branch
PO Box 386, Washington, DC 20044-0386, 202-616-8242

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**

*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- [X] 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 1345

Brief description of cause:
Anti-Fraud Injunction Statute

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 03/05/2019

SIGNATURE OF ATTORNEY OF RECORD: /s/ Daniel K. Crane-Hirsch

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |
| v. |  |  |
| *Defendant(s)* |  |  |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                            *CLERK OF COURT*

Date: _____

                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: