Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINE REEVES, *also known as* CHRISTINE NEWMAN <br> and <br> VCARE USA LLC, <br><br> Defendants. | No. 2:19-cv-325-BJR <br><br> **ORDER GRANTING PRELIMINARY INJUNCTION** |

Plaintiff, the United States of America, has filed a Complaint for Preliminary and Permanent Injunctions, and Other Equitable Relief pursuant to 18 U.S.C. § 1345 against Defendants CHRISTINE REEVES, also known as CHRISTINE NEWMAN, and VCARE USA LLC, based on Defendants' violations of 18 U.S.C. §§ 1343 and 1956. The United States has moved for a preliminary injunction.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The Court, having considered the Complaint, the Motion for a Preliminary Injunction, declarations, exhibits, and the memorandum of points and authorities filed in support there, and

being otherwise advised, finds that:

A. This Court has jurisdiction over the subject matter of this case and there is good cause to believe that it will have jurisdiction over all parties hereto and that venue in this district is proper.

B. There is good cause to believe that the defendants have engaged in and are likely to engage in wire fraud and money laundering, in violation of 18 U.S.C. §§ 1343 and 1956, and the United States is, therefore, likely to prevail on the merits of this action.

C. There is good cause to believe that immediate and irreparable harm will result from defendants' ongoing violations of 18 U.S.C. §§ 1343 and 1956 unless they are immediately restrained and enjoined by order of this Court.

D. Weighing the equities and considering the United States' likelihood of ultimate success on the merits, a preliminary injunction is in the public interest.

E. This Court has the authority to issue this Order pursuant to 18 U.S.C. § 1345 and Federal Rule of Civil Procedure 65.

**ORDER**

**PROHIBITED ACTIVITIES**

**IT IS THEREFORE ORDERED** that Defendants, their agents, officers, and employees, and all other persons or entities in active concert or participation with them, are restrained from:

1. committing wire fraud, as defined by 18 U.S.C. § 1343;
2. committing money laundering, as defined by 18 U.S.C. § 1956;
3. maintaining and doing business through the use of the domain "vcareusallc.com," including any website;

4. using any email within the domain "@vcareusallc.com" for any purpose;

   5. impersonating any other technology company;

   6. engaging in telemarketing activity that claims that a consumer's computer has been hacked or has a virus or other security-related infection;

   7. accepting consumer payments related to any purported technical-support service; and

   8. destroying records of any nature related to Defendants' business, financial, or accounting operations.

## REQUIRED NOTICE TO THIRD PARTIES

A. **IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. § 1345, within 2 days from Defendants' receipt of this Preliminary Injunction, Defendants shall provide copies of this Preliminary Injunction to all individuals and entities with which they do business regarding the purported provision of technical support services, informing them that they are subject to the Preliminary Injunction as an individual or entity in active concert or participation with Defendants, and within 7 days from Defendants' receipt of the Preliminary Injunction, Defendants shall provide proof of such notice to the Court and the United States, including the name and addresses of the entities and/or individuals to whom the notice was sent, how the notice was sent, and when the notice was sent.

///
///

**DONE AND ORDERED** in Seattle this 29th day of April, 2019.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

| | |
|---|---|
| GUSTAV W. EYLER<br>Acting Director<br>Consumer Protection Branch | BRIAN T. MORAN<br>United States Attorney |
| JILL P. FURMAN<br>Deputy Director<br>Consumer Protection Branch | */s/ Kayla C. Stahman*<br>KAYLA C. STAHMAN, CA #228931<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: kayla.stahman@usdoj.gov |
| */s/ Daniel K. Crane-Hirsch*<br>DANIEL K. CRANE-HIRSCH<br>Consumer Protection Branch<br>United States Department of Justice<br>P.O. Box 386<br>Washington, DC 20044<br>Tel.: 202-616-8242<br>Fax: 202-514-8742<br>Email: daniel.crane-hirsch@usdoj.gov | |

Counsel for United States of America