Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>               v.<br><br>CHRISTINE REEVES, *also known as*<br>    CHRISTINE NEWMAN<br>  and<br>VCARE USA LLC,<br><br>                    Defendants. | No. 2:19-cv-325-BJR<br><br>**ORDER TO SHOW CAUSE** |

       Plaintiff the United States of America filed the Complaint in this matter on March 5, 2019, alleging Defendants were engaged in a "large-scale technical support fraud scheme." Compl. ¶ 1. Plaintiff filed a Motion for Preliminary Injunction on March 6, 2019, seeking to enjoin Defendants from continuing the alleged scheme. Dkt. No. 5. Defendants failed to respond to the motion, which the Court granted on April 29, 2019. Dkt. No. 14.

       The parties failed to file a Joint Status Report by the April 17, 2019 deadline, and the Court issued a minute order directing the parties to do so no later than May 5, 2019, or risk dismissal. The Plaintiff filed a status report on that date, representing that despite repeated attempts, it has been unable to make contact with Defendants. Plaintiff avers that Defendants

were properly served with a summons and the Complaint on March 20, 2019, but to date have not filed an Answer or even a notice of appearance.

Despite the foregoing representations, Plaintiff has not sought entry of default or judgment in this case. Therefore, the Court hereby directs Plaintiff to file a motion for default, or otherwise to show cause why this matter should not be dismissed for failure to prosecute, no later than August 12, 2019.

Dated this 22nd day of July, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge